B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Djukic, Srdjan,** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **1139** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**3144 Holden St**<br>**Elgin, IL**<br>ZIP CODE **60124** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Srdjan Djukic** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ❑   Exhibit A is attached and made a part of this petition. | **X  Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
❑   Yes, and Exhibit C is attached and made a part of this petition.
❑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

❑     Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❑     Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

❑     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❑     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Srdjan Djukic |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor    **Srdjan Djukic**

X **Not Applicable**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

**Dennis M. Sbertoli  Bar No.  3128965**
Printed Name of Attorney for Debtor(s) / Bar No.

**Sbertoli Law Office**
Firm Name

**Dennis M. Sbertoli P.O. Box 1482**
Address

**La Grange Park, IL 60526**

**(708) 579-9724**          **(708) 579-1934**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B6 Summary (Official Form 6 - Summary) (12/07)

**United States Bankruptcy Court**

**Northern District of Illinois**

**Eastern Division**

In re  **Srdjan Djukic** _____,          Case No. _____

_____          Chapter    7 _____
Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 350,000.00 | | |
| B - Personal Property | YES | 3 | $ 4,707.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 404,815.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $ 929,916.03 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 5,969.66 |
| TOTAL | | 25 | $ 354,707.00 | $ 1,334,731.03 | |

B6A (Official Form 6A) (12/07)

In re:   **Srdjan Djukic**                                    Case No. _____
_____                    (if known)
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **3144 Holden St. Elgin, IL 60124** | **Fee Owner** | J | $ 350,000.00 | $ 404,815.00 |
| | | Total ➤ | **$ 350,000.00** | |

(Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re   **Srdjan Djukic**_____,   Case No. _____

Debtor   (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **U.S. Currency** | | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Bank of America** | | 100.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Chase Bank** | | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom furniture consisting of bed, night stands, dressers, and lamps; living room furniture consisting of couch, end tables, miscellaneous lamps, and T.V.; dining room furniture consisting of table and chairs ; kitchen utensils and small appliances.** | | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Miscellaneous used clothing.** | | 250.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Srdjan Djukic**

Debtor

Case No. _____

(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Great Lakes Express, Inc., an Illinois corporation. File # 62178647** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **An Illinois commercial drivers license, non-transferrable.** | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Toyota Camry, approximately 80,000 miles. Owns jointly with spouse.** | J | 2,007.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Srdjan Djukic**
_____    Case No. _____
Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | | **Traker bass boat and trailer, approximately 5 years old.** | J | 1,200.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_  continuation sheets attached          Total ⟶    $  4,707.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Srdjan Djukic**
_____
                    Debtor

Case No. _____
                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2001 Toyota Camry, approximately 80,000 miles. Owns jointly with spouse. | 735 ILCS 5/12-1001(c) | 2,007.00 | 2,007.00 |
| 3144 Holden St. Elgin, IL 60124 | 735 ILCS 5/12-901 | 0.00 | 350,000.00 |
| Bedroom furniture consisting of bed, night stands, dressers, and lamps; living room furniture consisting of couch, end tables, miscellaneous lamps, and T.V.; dining room furniture consisting of table and chairs ; kitchen utensils and small appliances. | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| Checking account at Bank of America | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Checking account at Chase Bank | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Miscellaneous used clothing. | 735 ILCS 5/12-1001(a),(e) | 250.00 | 250.00 |
| Traker bass boat and trailer, approximately 5 years old. | 735 ILCS 5/12-1001(b) | 1,200.00 | 1,200.00 |
| U.S. Currency | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |

B6D (Official Form 6D) (12/07)- Cont.

In re  **Srdjan Djukic**                                                    Case No. _____

                              Debtor                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Second Lien on Residence 3144 Holden St. Elgin, IL 60124 | | | | 46,250.00 | 54,815.00 |
| National City Bank of Mich/Ill One National City Center Suite 700E Indianapolis, IN 46255 | | | VALUE $350,000.00 | | | | | |

Sheet no. 1 of 1 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ | 46,250.00 | $ | 54,815.00 |
|---|---|---|---|
| $ | 404,815.00 | $ | 109,630.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re __Srdjan Djukic_____,        Case No. _____
                                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re  <u>Srdjan Djukic</u>　　　　　　　　　　　　　　　　　　　　,　　　　　　Case No. _____

　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

❏　**Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

❏　**Deposits by individuals**

　　Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❏　**Taxes and Certain Other Debts Owed to Governmental Units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏　**Commitments to Maintain the Capital of an Insured Depository Institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏　**Claims for Death or Personal Injury While Debtor Was Intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

　　* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1 continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re **Srdjan Djukic**
_____
Debtor

Case No. _____
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▸
(Totals of this page)

| $ | 0.00 | $ | 0.00 | $ | 0.00 |

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules )

| $ | 0.00 |

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $ | 0.00 | $ | 0.00 |

B6F (Official Form 6F) (12/07)

In re   **Srdjan Djukic**_____     Case No. _____
                        Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**727 North Church Street, LLC<br>395 W. Lake St.<br>Elmhurst, IL 60126** | X | | Unpaid rent due former landlord at 727 North Church Street, Elmhurst, IL. | | | | 43,938.47 |
| ACCOUNT NO.   **2219-01023**<br>**All Point Capital<br>265 Broad Hollow Rd<br>Mellvillem, NY 11747** | | | Creditor is assignee of contract between Pinnacle Commercial Credit Inc., and debtor's former business Great Lakes Express Inc. Debtor Srdjan Djukic is a guarantor under the original terms of the lease agreement. | | | | 241,734.92 |

_10_   Continuation sheets attached

                                                            Subtotal  ►  $   285,673.39

                                                            Total  ►  $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Srdjan Djukic**                                                    Case No. _____
                                    _____                              (If known)
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **11000**<br><br>**American Express**<br>P.O. Box 981535<br>El Paso TX  79998-1535 | | | Credit account used in operation of debtor's former business, Great Lakes Express, Inc. | | | | 8,511.49 |
| ACCOUNT NO.<br><br>**Arkansas Service Commission-Tax Division**<br>PO Box 8021<br>Little Rock, AR 72203 | | | Disputed claim against debtor's former business, Great Lakes Express, Inc. Listed for notice purposes only. | | | | 507.00 |
| ACCOUNT NO.  **0379**<br><br>**Bank of America**<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | Credit card used in operation of debtor's former business. | | | | 2,496.32 |
| ACCOUNT NO.  **6991**<br><br>**Bank of America**<br>P.O. Box 15026<br>Wilmington DE  19850-5026 | | | Credit card used in operation of debtor's former business. | | | | 11,470.74 |

Sheet no. 1 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ | 22,985.55

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Srdjan Djukic**

Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CIT** <br> **10201 Centurion Pkwy North** <br> **Suite 100** <br> **Jacksonville, FL 32256** <br><br> **McCarthy, Burgess & Wolff** <br> **26000 Cannon Rd.** <br> **Cleveland, OH 44146** | | | Listed for notice purposes only. Debtor is possible guarantor of corporate liability of Great Lakes Express, Inc. | | | | 60,614.88 |
| ACCOUNT NO.  **4100** <br><br> **Citi** <br> **Box 6000** <br> **The Lakes, NV 89163-6000** | | | Credit account used in operation of debtor's former business, Great Lakes Express, Inc. | | | | 6,595.96 |
| ACCOUNT NO.  **1958** <br><br> **Citi** <br> **Box 6000** <br> **The Lakes, NV 89163-6000** | | | Credit account used in operation of debtor's former business, Great Lakes Express, Inc. | | | | 5,364.95 |
| ACCOUNT NO.  **3213** <br><br> **Citi** <br> **Box 6000** <br> **The Lakes, NV 89163-6000** | | X | Citi credit account used in operation of debtor's former business, Great Lakes Express Inc. | | | | 2,253.60 |

Sheet no.  2 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 74,829.39

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Srdjan Djukic**
_____
                        Debtor

Case No. _____
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ComEd**<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | | | Energy service provided to debtor's former business, Great Lakes Express, Inc. | | | | Unknown |
| ACCOUNT NO.  69528941<br>**Credit Union of Texas**<br>PO Box 515167<br>Dallas, TX 75251-5167 | | | Possible deficiency balance claimed on repossessed Daughton Trailer | | | | 7,152.15 |
| ACCOUNT NO.  695-28937-0<br>**Credit Union of Texas**<br>PO Box 515167<br>Dallas, TX 75251-5167 | | | Possible deficiency balance claimed on repossessed Daughton Trailer | | | | 5,752.15 |
| ACCOUNT NO.  695-28938-0<br>**Credit Union of Texas**<br>PO Box 515167<br>Dallas, TX 75251-5167 | | | Possible deficiency balance claimed on repossessed Daughton Trailer | | | | 5,829.22 |
| ACCOUNT NO.  69528936-0<br>**Credit Union of Texas**<br>PO Box 515167<br>Dallas, TX 75251-5167 | | | Possible deficiency balance claimed on repossessed Daughton Trailer | | | | 7,152.15 |

Sheet no.  3 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ► $   25,885.67

Total  ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Srdjan Djukic                                           Case No. _____
                          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  695-28943-0  Credit Union of Texas  PO Box 515167  Dallas, TX 75251-5167 | | | Possible deficiency balance claimed on repossessed Daughton Trailer | | | | 7,152.15 |
| ACCOUNT NO.  Dainler Truck Financial  Loss Recovery Department  PO Box 2916  Milwaukee, WI 53201-2916 | | | Disputed deficiency balance asserted against debtor's former business, Great Lakes Express, Inc., arising out of repossession of 2009 Freightliner Tractor. Listed for notice purposes only as debtor may have been a guarantor on the subject financing agreement. | | | X | 29,973.92 |
| ACCOUNT NO.  81837278  Direct TV  PO Box 9001069  Louisville, KY 40290-1069 | | | T.V. service rendered at debtor's former business location, 727 N. Church Rd., Elmhurst, IL | | | | 491.62 |
| ACCOUNT NO.  Federal Express  P.O. Box 94515  Palatine, IL 60094-4515 | | | Courier service provided to debtor's former business, Great Lakes Express, Inc. Listed for notices purposes only. | | | | 44.04 |
| ACCOUNT NO.  4691  FIA Card Service  P.O. Box 15726  ilmington, DE 19886-5726 | | | Credit account used in operation of former business, Great Lakes Express, Inc. | | | | 11,328.00 |

Sheet no. 4 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 48,989.73

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Srdjan Djukic**                                    Case No. _____
                                                                    (If known)
                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0379<br><br>FIA Card Service<br>P.O. Box 15726<br>ilmington, DE 19886-5726 | | | Credit account used in operation of former business, Great Lakes Express, Inc. | | | | 2,399.00 |
| ACCOUNT NO.<br><br>Financial Federal Credit, Inc.<br>4225 Naperville Rd., Suite 265<br>Lisle, IL 60532<br><br>Robert Grawl Jr.<br>1300 Post Oak Blvd.<br>Suite 1300<br>Houston, TX 77056 | X | | Deficiency balances claimed on repossession of four Volvo Tractor units. | | | | 191,556.97 |
| ACCOUNT NO. 165561<br><br>Fleet One<br>5042 Linbar Dr<br>Nashville, TN 37211 | | W | Guarantee of corporate obligation for fuel purchases. | | | | 43,394.92 |
| ACCOUNT NO. 892368549<br><br>Green Tree<br>PO Box 94710 | | | | | | | 44,816.78 |

Sheet no. _5_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ | 282,167.67

Total ► $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Srdjan Djukic**                                                    Case No. _____
_____                                              (If known)
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   80678 <br><br> Higher Right Solutions, Inc. <br> C/O Johnson, Morgan and White <br> 6800 Broken Sound Pkwy <br> Boca Raton, FL 33487-2788 | | | Asserted and disputed claim for services rendered to debtor's former business, Great Lakes Express, Inc. | | | X | 499.09 |
| ACCOUNT NO. <br><br> IDES <br> 33 S. State Street <br> Chicago, IL 60603 <br><br> GC Services Limited Partnership <br> 6330 Gulfton <br> Houston, TX 77081 | | | Disputed claim for unemployment insurance contributions by debtor's former business, Great Lakes Express, Inc. | | | X | 268.50 |
| ACCOUNT NO.   008606717-VW091195690 <br><br> Illinois State Toll Highway Authority <br> C/O Arnold Scott Harris PC <br> 222 Merchandise Mart Plaza <br> Suite 1932 <br> Chicago, IL 60654 | | | Asserted claim for toll violations against debtor's former business, Great Lakes Express Inc.  Listed for notice purposes only. | | | | 1,037.75 |
| ACCOUNT NO.   019-2515529-001 <br><br> Leaf Financial Corporation <br> PO Box 644006 <br> Cincinnati, OH 45264-4006 | | | Debtor Srdjan Djukic is a personally guarantor of obligation from former business to Leaf Financial Corporation. Claim asserted is for purported deficiency balance due on repossessed closed van semi-trailer. | | | X | 13,655.75 |

Sheet no. 6 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        15,461.09

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Srdjan Djukic** _____    Case No. _____
                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Maintenance Engineering Inc.<br>C/O RMS<br>4836 Brexville Rd.<br>PO Box 509<br>Richfield, OH 44286 | | | Possible assignee of corporate liability of Great Lakes Express, Inc. | | | X | 1,955.60 |
| ACCOUNT NO.   1756E445S26<br><br>Navistar<br>425 North Martingale RD<br>Schaumburg, IL 60173 | | | Guarantee on corporate obligation for purchase of 2006 DryVan trailer. | | | | 0.00 |
| ACCOUNT NO.   1756E445S26<br><br>Navistar<br>425 North Martingale RD<br>Schaumburg, IL 60173 | | | Guarantee on corporate obligation for purchase of 2006 DryVan trailer. | | | | 15,031.92 |
| ACCOUNT NO.   1756E768A26<br><br>Navistar<br>425 North Martingale RD<br>Schaumburg, IL 60173 | | | Guarantee on corporate obligation for purchase of 2006 DryVan trailer. | | | | 9,644.49 |
| ACCOUNT NO.   1756E445R26<br><br>Navistar<br>425 North Martingale RD<br>Schaumburg, IL 60173 | | | Guarantee on corporate obligation for purchase of 2006 DryVan trailer. | | | | 13,506.00 |

Sheet no. _7_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $ | 40,138.01

Total  ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Srdjan Djukic_____,  Case No. _____
                                Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1756E768H26**<br><br>Navistar<br>425 North Martingale RD<br>Schaumburg, IL 60173 | | H | Guarantee on corporate obligation for purchase of 2006 DryVan trailer. | | | | 10,286.89 |
| ACCOUNT NO. **1756E445P26**<br><br>Navistar<br>425 North Martingale RD<br>Schaumburg, IL 60173 | | H | Guarantee on corporate obligation for purchase of 2006 DryVan trailer. | | | | 13,612.61 |
| ACCOUNT NO.<br><br>Raymond Fire Department<br>PO Box 1232<br>Raymond  ABTOK2SO<br><br>Risk and Recovery, Inc.<br>PO Box 67076<br>Metal Lark Post Office<br>Edmonton, Alberta T5R5Y3 | | | Asserted claim arising out of fuel spilled clean incurred by former driver, Hilmija Begic, which occurred on December 30, 2008. Listed for notice purposes only. | | | | 0.00 |
| ACCOUNT NO.<br><br>S & S Volvo and GMC Truck<br>2600 St. Johns Road<br>Lima, OH 45804 | | | Services rendered to debtor's former business. Listed for notice purposes only. | | | | 31,688.02 |

Sheet no. _8_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 55,587.52

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Srdjan Djukic**                                          Case No. _____
                                    Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **WCB Case No. G003 9088**<br><br>**Sead Veletanlic**<br><br><br>**State of New York**<br>**Worker's Compensation Board**<br>**369 Franklin St.**<br>**Buffalo, NY 14202**<br><br>**Tiernan & Krug**<br>**Suite 100-Dun Building**<br>**110 Pearl Street**<br>**Buffalo, NY 14202** | | | Disputed worker's compensation claim asserted against debtor's former business, Great Lakes Express, Inc. | | | X | Undetermined |
| ACCOUNT NO.  **100613086**<br><br>**The National Bank**<br>**P.O. Box 1030**<br>**Bettendorf, IA 52722-0018** | | | Possible guarantee on corporate obligation for purchase of 2006 DryVan trailer. | | | | 56,120.44 |
| ACCOUNT NO.  **1589**<br><br>**Tredroc**<br>**PO Box 1248**<br>**Bedford Park, IL 60499** | | | Tire services provided to debtor's former business. Listed for notice purposes only. | | | | 41.27 |
| ACCOUNT NO.<br><br>**Wells Fargo Equipment Finance**<br>**733 Marquette Ave**<br>**Suite 700 MAC N9306-070**<br>**Minneapolis, MN 55402** | | | Possible guarantee of corporate debt for purchase of now repossessed Volvo tractors. | | | | 14,863.75 |

Sheet no. _9_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ | 71,025.46

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Srdjan Djukic**
_____
**Debtor**

Case No. _____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **WFNNB Bankruptcy Dept. P.O. Box 182685 Columbus OH 43218-2685** | | | Open account furniture purchases and rentals from The Room Place for furniture use in debtor's former business, Great Lakes Express, Inc. | | | | 7,172.55 |

Sheet no. _10_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ 7,172.55

Total ► $ 929,916.03

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: __Srdjan Djukic_____,    Case No. _____
                                Debtor                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re: **Srdjan Djukic**                                              Case No. _____
_____                                           (If known)
          **Debtor**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Great Lakes Express, Inc.**<br>3144 Holden St.<br>Elgin, IL 60124<br><br>**Sophie Fisher**<br>3144 Holden St.<br>Elgin, IL 60124 | **727 North Church Street, LLC**<br>395 W. Lake St.<br>Elmhurst, IL 60126 |
| **Sophie Fisher**<br>3144 Holden St.<br>Elgin, IL 60124 | **Citi**<br>Box 6000<br>The Lakes, NV 89163-6000 |
| **Great Lakes Express, Inc.**<br>3144 Holden St.<br>Elgin, IL 60124<br><br>**Sophie Fisher**<br>3144 Holden St.<br>Elgin, IL 60124 | **Financial Federal Credit, Inc.**<br>4225 Naperville Rd., Suite 265<br>Lisle, IL 60532 |

B6I (Official Form 6I) (12/07)

In re **Srdjan Djukic**
Debtor

Case No. _____
(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Divorced** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck Driver** | |
| Name of Employer | | |
| How long employed | **Five Star Services** | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 5,500.00 | $ |
| 2. Estimate monthly overtime | $ | 0.00 | $ |
| 3. SUBTOTAL | $ | 5,500.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ |
| b. Insurance | $ | 0.00 | $ |
| c. Union dues | $ | 0.00 | $ |
| d. Other (Specify) _____ | $ | 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 5,500.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ |
| 8. Income from real property | $ | 0.00 | $ |
| 9. Interest and dividends | $ | 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ |
| 11. Social security or other government assistance (Specify) _____ | $ | 0.00 | $ |
| 12. Pension or retirement income | $ | 0.00 | $ |
| 13. Other monthly income (Specify) _____ | $ | 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 5,500.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 5,500.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document :
**Debtor does not draw an actual paycheck but employer pays his living expenses directly.**

B6J (Official Form 6J) (12/07)

In re <u>Srdjan Djukic</u>                                                  Case No. _____
                                                                                            (If known)
                          **Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,000.00 |
| a. Are real estate taxes included?   Yes _____   No ✓ | | |
| b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 370.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 350.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 25.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 10.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 75.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 100.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 66.66 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 353.00 |
| b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 100.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,969.66 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 5,500.00 |
| b. Average monthly expenses from Line 18 above | $ | 5,969.66 |
| c. Monthly net income (a. minus b.) | $ | -469.66 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Srdjan Djukic** _____

Debtor

Case No. _____

Chapter   **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $    0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $    0.00 |
| TOTAL | $    0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    0.00 |
| Average Expenses (from Schedule J, Line 18) | $   5,969.66 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $    0.00 |

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re  **Srdjan Djukic**                              Case No. _____

                              Debtor        Chapter   **7**   _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    0.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Srdjan Djukic** _____        Case No. _____
                    **Debtor**                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **27** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                        **Srdjan Djukic**
                                                    **Debtor**
                                        [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP
### (NOT APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re:  **Srdjan Djukic**                                                    ,     Case No. _____
                        Debtor                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 53,245.00 | **Operation of Business-Great Lakes Express** | |
| 43,625.00 | **Operation of Business-Great Lakes Express** | |
| 19,201.00 | **Operation of Business-Great Lakes Express** | |

## 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bank of America, N.A. v Srdjan Djukic, et al  09 CH-3758 | Mortgage Foreclosure | Circuit Court for the 16th Circuit Illinois | Judgment Entered |
| All Points Capital Corp v. Great Lakes Express and Srdjan Djukic  2009 L 09575 | Collection | Cook County Illinois | Judgment rendered, supplementary proceedings pending. |
| Financial Federal Credit, Inc. v. Great Lakes Express, Inc. et al  09 CV-2760 | Collection | United States District Court for the Southern District of Texas | Judgment Entered |
| Sead Veletanlic v. Great Lakes Express, Inc. and Srdjan Djukic  G0039088 | | Workers Compensation Board Buffalo, NY | Unknown |

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2007 Stoughton/Dry Van VIN #1DW1A53267S001285 purchased on 3/1/2007 for 21,640.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2007 Stoughton/Dry Van VIN #1DW1A53207B991170 purchased on 5/19/2006 for $21,640.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2006 Stoughton/Dry Van VIN #1DW1A53226B880587 purchased on 3/22/2006 for $19,268.89 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2007 Stoughton/Dry Van VIN #1DW1A53287S001286 purchased on 3/1/2007 for $21,640.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2007 Stoughton/Dry Van VIN #1DW1A53217S001288 purchased on 3/1/2007 for $21,640.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2007 Stoughton/Dry Van VIN #1DW1A53207B991169 purchased on 5/19/2006 for $21,640.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2007 Stoughton/Dry Van VIN #1DW1A53207B991168 purchased on 5/19/2006 for $21,640.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2007 Stoughton/Dry Van VIN #1DW1A53207B991167 purchased on 5/19/2006 for $21, 640.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2007 Stoughton/Dry Van VIN #1DW1A53207B991166 purchased on 5/19/2006 for $21,640.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2006 Volvo 64T670 VIN #4V4NC9TJ06N413915 purchased on 10/8/2007 for $85,000.00 |
| 407 ETR<br>6300 Steals Ave W<br>Woodridge, ON L4H 1J1 | | 2006 Volvo 64T670 VIN #4V4NC9TG86N400124 purchased on 10/25/2007 for $85,000.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, On L4H 1J1 | | 2007 Stoughton/Dry Van VIN #1DW1A53217S001289 purchased on 3/1/2007 for $21,640.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | | 2008 Volvo 64T670 VIN #4V4NC9EJ28N492150 purchased on 12/18/2007 for $113,000.00 |

| | |
|---|---|
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2006 Volvo 64T670 VIN<br>#4V4NC9GH76N413580 purchased on<br>10/9/2007 for $73,500.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2009 Stoughton/Z-Plate VIN<br>#1DW1A53209B099720 purchased<br>4/30/2008 for $21,420.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2008 Volvo 780 VIN<br>#4V4NC9KJ68N493788 purchased on<br>6/19/2008 for $122,000.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2009 Stoughton/Z-Plate VIN<br>#1DW1A53209B099717 purchased on<br>4/30/2008 for $21,420.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2006 Vanguard/Dry Van VIN<br>#5V8VA532X6M604456 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2009 Stoughton/Z-Plate VIN<br>#1DW1A53229B099718 purchased on<br>4/30/2008 for $21,420.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2009 Stoughton/Z-Plate VIN<br>#1DW1A53249B099719 purchased on<br>4/30/2008 for $21,420.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2009 Stoughton/Z-Plate VIN<br>#1DW1A53299B099716 purchased on<br>4/30/2008 for $21,430.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2009 Freightliner Cascadia VIN<br>#1FUJGLDR89LAD5401 purchased on<br>10/10/2008 for $114,341.45 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2007 Volvo 64T670 VIN<br>#4V4NC9KK17N452251 purchased on<br>7/20/2007 for $118,346.35 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2008 Volvo 780 VIN<br>#4V4NC9KJ48N493787 purchased on<br>5/9/2008 for $122,000.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2008 Stoughton/Z-Plate VIN<br>#1DW1A53298B085989 purchased on<br>11/2/2007 for $22,260.00 |
| 407 ETR<br>6300 StealsAve. W<br>Woodridge, ON L4H 1J1 | 2007 Volvo 64T670 VIN #<br>4V4NC9TJ17N452479 purchased on<br>7/30/2007 for $132,214.86 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2007 Volvo 64T670 VIN<br>#4V4NC9TJ27N461515 purchased on<br>8/8/2007 for $120,000.00 |
| 407 ETR<br>6300 Steals Ave. W<br>Woodridge, ON L4H 1J1 | 2007 Volvo 64T670, VIN #<br>4V4NC9TJ27N450952 purchased on<br>8/1/2007 for $108,000.00. |

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

2008 Stoughton/Z-Plate VIN
#1DW1A53258B085990 purchased on
11/2/2007 for $22,260.00

2008 Stoughton/Z-Plate VIN
#1DW1A53278B085991 purchased on
11/2/2007 for $22,260.00

2008 Volvo 780 VIN
#4V3NC9KJ78N493783 purchased on
5/9/2008 for $122,000.00

2006 Vanguard/Dry Van VIN
#5V8VA53216M604457

2006 Stoughton/Dry Van VIN
#1DW1A53296B880585 purhcased on
3/22/2006 for $19,268.89

2007 Stoughton/Dry Van VIN
#1DW1A532X7S001287 purchased on
3/1/2007 for $21, 640.00

2006 Stoughton/Dry Van VIN
#1DW1A53246B880588 purchased on
3/22/2006 for $19,268.89

2006 Volvo 64T670 VIN
#4V4NC9TG16N400109 purchased on
10/25/2007 for $85,000.00

2006 Stoughton/Dry Van VIN
#1DW1A53226B880542 purchased on
7/5/2005 for $20,889.00

2006 Stoughton/Dry Van VIN
#1DW1A53206B880586 purchased on
3/22/2006 for $19,268.89.

2006 Stoughton/Dry Van VIN
#1DW1A53266B880589 purchased on
3/22/2006 for $19,268.89

2008 Volvo 64T670 VIN #
4V4NC9KJ98N486124 purchased on
7/30/2007 for $130,803.37

2008 Volvo 64T670 VIN
#4V4NC9EJ48N492151 purchased on
12/18/2007 for $113,000.00

2008 Volvo 64T670 VIN
#4V4NC9EJ68N492152 purchased on
12/18/2007 for $113,000.00

2008 Volvo 64T670 VIN
#4V4NC9EJ88N492153 purchased on
1/8/2007 for $117,000.00

407 ETR
6300 Steals Ave. W
Woodridge, ON L4H 1J1

2008 Volvo 64T670 VIN #
4V4NC9GH98N490096 purchased on
7/30/2007 for $132,142.86.

All Point Capital
265 Broad Hollow Rd
Mellvillem, NY 11747

2009 Volvo 64T670 VIN
#4V4NC9KJ39N489683 purchased on
4/25/2008 for $115,960.00

Maricap Credit Corporation
1415 W. 22nd St.
Suite 550 E
Oak Brook, IL 60523

2008 Volvo 64T670 VIN
#4V4NC9EJ68N486030 purchased on
3/20/2008 for $118,500.00

Maricap Credit Corporation
1415 W. 22nd St.
Suite 550 E
Oak Brook, IL 60523

2008 Volvo 64T670 VIN
#4V4NC9EJ88N486031 purchased on
3/20/2008 for $118,500.00

Maricap Credit Corporation
1415 W. 22nd St.
Suite 550 E
Oak Brook, IL 60523

2008 Volvo 64T670 VIN
#4V4NC9EJX8N486029 purchased on
3/20/2008 for $118,500.00

Navistar
425 North Martingale RD
Schaumburg, IL 60173

2007 Vanguard/Dry Van VIN
#5V8VA53207M702250 purchased on
5/12/2006 for $21,500.00

Navistar
425 North Martingale RD
Schaumburg, IL 60173

2007 Vanguard/Dry Van VIN
#5V8VA53287M700748 purchased on
2/9/2006 for $20,500.00

Navistar
425 North Martingale RD
Schaumburg, IL 60173

2007 Vanguard/Dry Van VIN
#5V8VA53267M700747 purchased on
2/9/2006 for $20,500.00

Navistar
425 North Martingale RD
Schaumburg, IL 60173

2007 Vanguard/Dry Van VIN
#5V8VA53247M700746 purchased on
2/9/2006 for $20,500.00

Navistar
425 North Martingale Rd.
Schaumburg, IL 60173

2006 Vanguard/Dry Van VIN
#5V8VA53227M703211 purchased on
7/11/2006 for $21,780.00

Navistar
425 North Martingale RD
Schaumburg, IL 60173

2007 Vanguard/Dry Van VIN
#5V8VA53207M702251 purchased on
5/12/2006 for $21,500.00

Navistar
425 North Martingale Rd.
Schaumburg, IL 60173

2006 Vanguard/Dry Van VIN
#5V8VA53227M703214 purchased on
7/11/2006 for $21,780.00

Navistar
425 North Martingale RD
Schaumburg, IL 60173

2007 Vanguard/Dry Van VIN
#5V8VA53207M702249 purchased on
5/12/2006 for $21,500.00

Navistar
425 North Martingale RD
Schaumburg, IL 60173

2007 Vanguard/Dry Van VIN
#5V8VA53207M702248 purchased on
5/12/2006 for $21,500.00

Navistar
425 North Martingale RD
Schaumburg, IL 60173

2007 Vanguard/Dry Van VIN
#5V8VA53207M702247 purchased on
5/12/2006 for $21,500.00

| | |
|---|---|
| Navistar<br>425 North Martingale RD<br>Schaumburg, IL 60173 | 2007 Vanguard/Dry Van VIN<br>#5V8VA53207M700744 purchased on<br>2/9/2006 for $20,500.00 |
| Navistar<br>425 North Martingale Rd.<br>Schaumburg, IL Rd. | 2006 Vanguard/Dry Van VIN<br>#5V8VA53207M703210 purchased on<br>7/11/2006 for $21,780.00 |
| Navistar<br>425 North Martingale Rd.<br>Schaumburg, IL 60173 | 2006 Vanguard/Dry Van VIN<br>#5V8VA53227M703212 purchased on<br>7/11/2006 for $21,780.00 |
| Navistar<br>425 North Martingale Rd.<br>Schaumburg, IL 60173 | 2006 Vanguard/Dry Van VIN<br>#5V8VA53227M703213 purchased on<br>7/11/2006 for $21,780.00 |
| Navistar<br>425 North Martingale RD<br>Schaumburg, IL 60173 | 2007 Vanguard/Dry Van VIN<br>#5V8VA53227M700745 purchased on<br>2/9/2006 for $20,500.00 |
| The National Bank<br>PO Box 1030<br>Bettendorf, IA 52722-0018 | 2007 Volvo VNL64T630 VIN #<br>4V4NC9GH37N453690 purchased on<br>6/27/2007 for $115,000.00. |
| The National Bank<br>PO Box 1030<br>Bettendorf, IA 52722-0018 | 2007 Volvo VNL64T630 VIN #<br>4V4NC9GHX7N453685 purchased on<br>6/27/2007 for $127,321.43. |
| The National Bank<br>PO Box 1030<br>Bettendorh, IA 52722-0018 | 2007 Volvo VNL64T630, VIN #<br>4V4NC9GH87N453684 purchased on<br>6/27/2007 for $127,321.43 |
| The National Bank<br>PO Box 1030<br>Bettendorf, IA 52700-0018 | 2007 Volvo VNL64T630, VIN #<br>4V4NC9KJ97N481083 purchased on<br>6/27/2007 for $127,321.43. |
| Wells Fargo Equipment Finance<br>733 Marquette Ave<br>Suite 700 MAC N9306-070<br>Minneapolis, MN 55402 | 2008 Volvo 780 VIN<br>#4V4NC9KJ98N493784 purchased on<br>5/6/2008 for $117,610.00 |

---

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Trailer filled with Great Lakes Express furniture and office equipment stolen in 2009.** | **Date of theft is uncertain, but was discovered by debtor in November 2009 and reported to Elk Grove police department at that time. No insurance paid out at this time.** | |

## 9.  Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 10.  Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables w thin **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑  b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑  c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐    and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Great Lakes Express** | **32-0014735** | | **Transportation** | |
| | | | | 02/01/2009 |

None    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑    U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and
by any individual debtor who is or has been, within the **six years** immediately preceding the commencement
of this case, any of the following: an officer, director, managing executive, or owner or more than 5
percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership;
a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as
defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in
business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐    supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lubisa Srejovic** **4056 W. Lawrence Avenue** **Chicago, IL 60630** | **Tax and general accounting, many years** |

None    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the
☑    books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| | | |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
☑    and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| | |

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS        DATE ISSUED

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None

☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### 25. Pension Funds.

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____

Signature
of Debtor    **Srdjan Djukic** _____

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re _____   Case No. _____
Srdjan Djukic
_____Debtor_____                              Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>3144 Holden St.<br>Elgin, IL 60124 |

Property will be *(check one)*:
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- [x] Claimed as exempt
- [ ] Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**National City Bank of Mich/Ill** | **Describe Property Securing Debt:**<br>3144 Holden St.<br>Elgin, IL 60124 |

Property will be *(check one)*:
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- [x] Claimed as exempt
- [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                    Page 2

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br><br>**Navistar** | **Describe Property Securing Debt:**<br><br>**Guarantee on corporate obligation for purchase of 2006 DryVan trailer.** |

Property will be *(check one)*:
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt            ☑ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br><br>**WFNNB Bankruptcy Dept.** | **Describe Property Securing Debt:**<br><br>**Open account furniture purchases and rentals from The Room Place for furniture use in debtor's former business, Great Lakes Express, Inc.** |

Property will be *(check one)*:
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt            ☑ Not claimed as exempt

---

**PART B – Personal property subject to unexpired leases.** *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>☐ YES      ☐ NO |

B 8 (Official Form 8) (12/08)

_____0_____  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____          _____

                                          **Srdjan Djukic**
                                          Signature of Debtor

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:   **Srdjan Djukic**

Case No.:

Chapter:   **7**

Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**None**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

**Dennis M. Sbertoli   3128965**
**Sbertoli Law Office**
**Dennis M. Sbertoli**
**P.O. Box 1482**
**La Grange Park, IL 60526**

**(708)  579-9724**
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In Re:
Debtor:  **Srdjan Djukic**
Social Security Number:  **1139**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1 .   **727 North Church Street, LLC**<br>**395 W. Lake St.**<br>**Elmhurst, IL 60126** | **Unsecured Claims** | **$  43,938.47** |
| 2 .   **All Point Capital**<br>**265 Broad Hollow Rd**<br>**Mellvillem, NY 11747** | **Unsecured Claims** | **$ 241,734.92** |
| 3 .   **American Express**<br>**P.O. Box 981535**<br>**El Paso TX  79998-1535** | **Unsecured Claims** | **$  8,511.49** |
| 4 .   **Arkansas Service Commission-Tax Division**<br>**PO Box 8021**<br>**Little Rock, AR 72203** | **Unsecured Claims** | **$   507.00** |
| 5 .   **Bank of America**<br>**1201 Main Street**<br>**7th Floor**<br>**Dallas, TX 75202** | **Secured Claims** | **$ 358,565.00** |

In re:    **Srdjan Djukic**                                                    Case No. _____

| | | | |
|---|---|---|---|
| 6. | **Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | Unsecured Claims | $  2,496.32 |
| 7. | **Bank of America**<br>**P.O. Box 15026**<br>**Wilmington DE  19850-5026** | Unsecured Claims | $ 11,470.74 |
| 8. | **CIT**<br>**10201 Centurion Pkwy North**<br>**Suite 100**<br>**Jacksonville, FL 32256** | Unsecured Claims | $ 60,614.88 |
| 9. | **Citi**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | Unsecured Claims | $  6,595.96 |
| 10. | **Citi**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | Unsecured Claims | $  5,364.95 |
| 11. | **Citi**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | Unsecured Claims | $  2,253.60 |
| 12. | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | Unsecured Claims | $     0.00 |
| 13. | **Credit Union of Texas**<br>**PO Box 515167**<br>**Dallas, TX 75251-5167** | Unsecured Claims | $  7,152.15 |
| 14. | **Credit Union of Texas**<br>**PO Box 515167**<br>**Dallas, TX 75251-5167** | Unsecured Claims | $  5,752.15 |

In re:  **Srdjan Djukic**                                                    Case No. _____ _____

| 15. | **Credit Union of Texas**<br>PO Box 515167<br>Dallas, TX 75251-5167 | Unsecured Claims | $  7,152.15 |
| 16. | **Credit Union of Texas**<br>PO Box 515167<br>Dallas, TX 75251-5167 | Unsecured Claims | $  5,829.22 |
| 17. | **Credit Union of Texas**<br>PO Box 515167<br>Dallas, TX 75251-5167 | Unsecured Claims | $  7,152.15 |
| 18. | **Dainler Truck Financial**<br>**Loss Recovery Department**<br>PO Box 2916<br>Milwaukee, WI 53201-2916 | Unsecured Claims | $ 29,973.92 |
| 19. | **Direct TV**<br>PO Box 9001069<br>Louisville, KY 40290-1069 | Unsecured Claims | $    491.62 |
| 20. | **Federal Express**<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Unsecured Claims | $     44.04 |
| 21. | **FIA Card Service**<br>P.O. Box 15726<br>ilmington, DE 19886-5726 | Unsecured Claims | $  2,399.00 |
| 22. | **FIA Card Service**<br>P.O. Box 15726<br>ilmington, DE 19886-5726 | Unsecured Claims | $ 11,328.00 |
| 23. | **Financial Federal Credit, Inc.**<br>4225 Naperville Rd., Suite 265<br>Lisle, IL 60532 | Unsecured Claims | $ 191,556.97 |

In re:  **Srdjan Djukic**

| | | | |
|---|---|---|---|
| 24. | **Fleet One**<br>**5042 Linbar Dr**<br>**Nashville, TN 37211** | **Unsecured Claims** | **$ 43,394.92** |
| 25. | **Green Tree**<br>**PO Box 94710** | **Unsecured Claims** | **$ 44,816.78** |
| 26. | **Higher Right Solutions, Inc.**<br>**C/O Johnson, Morgan and White**<br>**6800 Broken Sound Pkwy**<br>**Boca Raton, FL 33487-2788** | **Unsecured Claims** | **$   499.09** |
| 27. | **IDES**<br>**33 S. State Street**<br>**Chicago, IL 60603** | **Unsecured Claims** | **$   268.50** |
| 28. | **Illinois State Toll Highway Authority**<br>**C/O Arnold Scott Harris PC**<br>**222 Merchandise Mart Plaza**<br>**Suite 1932**<br>**Chicago, IL 60654** | **Unsecured Claims** | **$  1,037.75** |
| 29. | **Leaf Financial Corporation**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006** | **Unsecured Claims** | **$ 13,655.75** |
| 30. | **Maintenance Engineering Inc.**<br>**C/O RMS**<br>**4836 Brexville Rd.**<br>**PO Box 509**<br>**Richfield, OH 44286** | **Unsecured Claims** | **$  1,955.60** |
| 31. | **National City Bank of Mich/Ill**<br>**One National City Center**<br>**Suite 700E**<br>**Indianapolis, IN 46255** | **Secured Claims** | **$ 46,250.00** |
| 32. | **Navistar**<br>**425 North Martingale RD**<br>**Schaumburg, IL 60173** | **Unsecured Claims** | **$ 10,286.89** |

In re:    **Srdjan Djukic**                                              Case No. _____

| 33. | **Navistar**<br>**425 North Martingale RD**<br>**Schaumburg, IL 60173** | **Unsecured Claims** | **$ 13,612.61** |
|---|---|---|---|
| 34. | **Navistar**<br>**425 North Martingale RD**<br>**Schaumburg, IL 60173** | **Unsecured Claims** | **$ 13,506.00** |
| 35. | **Navistar**<br>**425 North Martingale RD**<br>**Schaumburg, IL 60173** | **Unsecured Claims** | **$  9,644.49** |
| 36. | **Navistar**<br>**425 North Martingale RD**<br>**Schaumburg, IL 60173** | **Unsecured Claims** | **$ 15,031.92** |
| 37. | **Navistar**<br>**425 North Martingale RD**<br>**Schaumburg, IL 60173** | **Unsecured Claims** | **$    0.00** |
| 38. | **Raymond Fire Department**<br>**PO Box 1232**<br>**Raymond  ABTOK2SO** | **Unsecured Claims** | **$    0.00** |
| 39. | **S & S Volvo and GMC Truck**<br>**2600 St. Johns Road**<br>**Lima, OH 45804** | **Unsecured Claims** | **$ 31,688.02** |
| 40. | **Sead Veletanlic** | **Unsecured Claims** | **$    0.00** |
| 41. | **The National Bank**<br>**P.O. Box 1030**<br>**Bettendorf, IA 52722-0018** | **Unsecured Claims** | **$ 56,120.44** |

In re:   **Srdjan Djukic**                                                    Case No. _____

42.   **Tredroc**                          **Unsecured Claims**              $    41.27
      **PO Box 1248**
      **Bedford Park, IL 60499**

43.   **Wells Fargo Equipment Finance**    **Unsecured Claims**           $  14,863.75
      **733 Marquette Ave**
      **Suite 700 MAC N9306-070**
      **Minneapolis, MN 55402**

44.   **WFNNB Bankruptcy Dept.**           **Unsecured Claims**            $  7,172.55
      **P.O. Box 182685**
      **Columbus OH 43218-2685**

In re:    **Srdjan Djukic**

Case No. _____ _____ _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Srdjan Djukic** , named as debtor in this case, declare under penalty of perjury that I have have read the foregoing Numbered Listing of Creditors, consisting of **6 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature: _____

**Srdjan Djukic**

Dated: _____

727 North Church Street, LLC
395 W. Lake St.
Elmhurst, IL 60126


All Point Capital
265 Broad Hollow Rd
Mellvillem, NY 11747


American Express
P.O. Box 981535
El Paso TX  79998-1535


Arkansas Service Commission-Tax Division
PO Box 8021
Little Rock, AR 72203


Bank of America
1201 Main Street
7th Floor
Dallas, TX 75202


Bank of America
PO Box 15026
Wilmington, DE 19850-5026


Bank of America
P.O. Box 15026
Wilmington DE  19850-5026


CIT
10201 Centurion Pkwy North
Suite 100
Jacksonville, FL 32256


Citi
Box 6000
The Lakes, NV 89163-6000

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Credit Union of Texas
PO Box 515167
Dallas, TX 75251-5167

Dainler Truck Financial
Loss Recovery Department
PO Box 2916
Milwaukee, WI 53201-2916

Direct TV
PO Box 9001069
Louisville, KY 40290-1069

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

FIA Card Service
P.O. Box 15726
ilmington, DE 19886-5726

Financial Federal Credit, Inc.
4225 Naperville Rd., Suite 265
Lisle, IL 60532

Fleet One
5042 Linbar Dr
Nashville, TN 37211

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

Great Lakes Express, Inc.
3144 Holden St.
Elgin, IL 60124


Great Lakes Express, Inc.
3144 Holden St.
Elgin, IL 60124


Green Tree
PO Box 94710


Higher Right Solutions, Inc.
C/O Johnson, Morgan and White
6800 Broken Sound Pkwy
Boca Raton, FL 33487-2788


IDES
33 S. State Street
Chicago, IL 60603


Illinois State Toll Highway Authority
C/O Arnold Scott Harris PC
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654


Leaf Financial Corporation
PO Box 644006
Cincinnati, OH 45264-4006


Maintenance Engineering Inc.
C/O RMS
4836 Brexville Rd.
PO Box 509
Richfield, OH 44286


McCarthy, Burgess & Wolff
26000 Cannon Rd.
Cleveland, OH 44146

National City Bank of Mich/Ill
One National City Center
Suite 700E
Indianapolis, IN 46255


Navistar
425 North Martingale RD
Schaumburg, IL 60173


Pierce & Assoc.
1 N. Dearborn
Suite 1300
Chicago, IL 60602


Raymond Fire Department
PO Box 1232
Raymond  ABTOK2SO


Robert Grawl Jr.
1300 Post Oak Blvd.
Suite 1300
Houston, TX 77056


Risk and Recovery, Inc.
PO Box 67076
Metal Lark Post Office
Edmonton, Alberta T5R5Y3


S & S Volvo and GMC Truck
2600 St. Johns Road
Lima, OH 45804


Sead Veletanlic


Sophie Fisher
3144 Holden St.
Elgin, IL 60124

State of New York
Worker's Compensation Board
369 Franklin St.
Buffalo, NY 14202


The National Bank
P.O. Box 1030
Bettendorf, IA 52722-0018


Tiernan & Krug
Suite 100-Dun Building
110 Pearl Street
Buffalo, NY 14202


Tredroc
PO Box 1248
Bedford Park, IL 60499


Wells Fargo Equipment Finance
733 Marquette Ave
Suite 700 MAC N9306-070
Minneapolis, MN 55402


WFNNB Bankruptcy Dept.
P.O. Box 182685
Columbus OH 43218-2685

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:

**Srdjan Djukic**

Bankruptcy Case Number: _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: _____        _____

**Srdjan Djukic**
                                         Debtor

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re   **Srdjan Djukic** _____

Debtor

Case No. _____

*(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❑  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]*
*[Must be accompanied by a motion for determination by the court.]*

❑  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑  Active military duty in a military combat zone.

❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

**Srdjan Djukic**

Date: _____

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Srdjan Djukic** _____

Debtor

Case No. _____

Chapter    **7**    _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                $    2,500.00

    Prior to the filing of this statement I have received      $    2,500.00

    Balance Due                           $    0.00

2. The source of compensation paid to me was:

    ☐ Debtor        ☑ Other (specify)    **Former spouse**

3. The source of compensation to be paid to me is:

    ☐ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____      _____

                                **Dennis M. Sbertoli, Bar No. 3128965**

                                **Sbertoli Law Office**
                                Attorney for Debtor(s)